IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHNNY TORRES

VS.                                              CV204-188

WARDEN JOSE M. VASQUEZ

### ORDER

The appeal in the above-styled action having been dismissed for want of prosecution, by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the order of the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 13 day of December, 2005.

Judge, United States District Court
Southern District of Georgia